**Affirmed in Part; Reversed in Part; Remanded; and Memorandum Opinion filed June 11, 2012.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-11-01046-CV

———————————

## IN THE INTEREST OF D.M.K., C.A.A.K., J.J.K., AND J.A.K., CHILDREN

---

**On Appeal from the County Court at Law
Washington County, Texas
Trial Court Cause No. CCL-6454**

---

## MEMORANDUM OPINION

In this appeal from the involuntary termination of his parental rights, I.W.K.,[1] the adoptive father of his four step-grandchildren, argues that the trial court reversibly erred in failing to appoint counsel before trial to represent him. He contends that he was entitled by statute to appointed counsel because he was indigent and because the Department of Family and Protective Services sought termination based on his limited mental capacity. *See* TEX. FAM. CODE ANN. §§ 161.003(a)(1), 171.013(a)(1) (West 2008). The trial court

---

[1] To protect the children's identities, we refer to them and to their adoptive parents only by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West Supp. 2011); TEX. R. APP. P. 9.8(b)(2).

appointed counsel to represent I.W.K. on appeal, and the appellate attorney filed a motion to abate while conferring with counsel for the other parties.

Counsel for the Department of Family and Protective Services and the children's attorney ad litem agree with I.W.K.'s appellate counsel that the trial court erred in failing to appoint an attorney to represent I.W.K. sooner. After reviewing the record, we agree. The trial court also terminated the parental rights of I.W.K.'s wife D.K., and although she joins her husband in this appeal, she does not challenge the termination of her own parental rights.

We accordingly (a) deny the motion to abate the appeal as moot; (b) reverse the portions of the trial court's judgment terminating I.W.K.'s parental rights and appointing the Department permanent managing conservator of the children; (c) affirm the portion of the judgment terminating D.K.'s parental rights; (d) reinstate the trial court's order appointing the Department temporary managing conservator; and (e) remand the case for further proceedings consistent with this opinion.

/s/    Tracy Christopher
        Justice

Panel consists of Justices Boyce, Christopher, and Jamison.

2